AUSA: John Turrettini Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Task Force Officer: James Reeves Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Osie JACKSON

Case No. 26-mj-30645

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 11, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(o) | Unlawful possession of a machine gun |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

James Reeves [signature]

*Complainant's signature*

James Reeves, Task Force Officer (A.T.F.)

*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Elizabeth A. Stafford [signature]

*Judge's signature*

Date: October 13, 2026

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, James Reeves, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I am a Detective with the Detroit Police Department and a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives. I have been employed with the Detroit Police Department since February 2019. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law.

2. I have received extensive training at and successfully graduated from the Detroit Police Training Academy as a Police Officer. I was assigned to the Seventh Precinct after completing the Detroit Police Training Center. During my time as a patrol officer, I responded to various types of calls for service including weapons offenses, assaults, accidents, shootings, and homicides. I also conducted traffic investigations, citizen complaints, and independent investigations based on suspected criminal activity. In June of 2020, I was assigned to the Seventh Precinct Special Operations Unit. This unit is responsible for apprehending violent offenders, conducting drug related investigations, interviewing witnesses, interrogating suspects, managing crime scenes, investigating gun related crimes, and preparing and executing search warrants. During my time in law enforcement,

I have participated in hundreds of criminal investigations involving firearms crimes, armed drug trafficking violations, and offenses by criminal street gangs, among others. As a TFO with ATF, I have conducted or participated in criminal investigations involving the possession, use, and trafficking of firearms, drug trafficking, and other state and federal offenses.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. ATF is currently investigating Osie JACKSON (DOB: xx/xx/2005), for violating 18 U.S.C. § 922(o) (unlawful possession of a machinegun) and 18 U.S.C. § 922(g)(1), (felon in possession of a firearm).

## II. PROBABLE CAUSE

5. On October 11, 2026, three Detroit Police Department Officers were working regular patrol in the area of Iroquois St. and Sylvester St. in Detroit, Michigan, in the Eastern District of Michigan. During this patrol officers observed

a silver Chevy Impala bearing a Michigan License plate of "FCA7521", traveling southbound Iroquois St. with defective license plate lamps. This prompted officers to run the license plate of the vehicle and per the Law Enforcement Information Network (LEIN), the vehicle was not insured. Officers then activated the overhead lights and sirens to conduct a traffic stop.

6. Officers approached the vehicle and stated the reasoning for their traffic investigation. Officers made contact with JACKSON seated in the front passenger seat, along with the driver and rear occupant of the vehicle. Officers confirmed the vehicle does not have insurance and JACKSON has a felony warrant for violation of probation. Officers advised the occupants to step out of the vehicle. The occupants initially did not comply but after a short while, exited the vehicle one by one.

7. JACKSON exited the front passenger seat of the vehicle where he was handcuffed. Officers proceeded to search the vehicle. The officer searched the front passenger floorboard area where JACKSON was seated and located a handgun and extended magazine stuffed behind the carpet. JACKSON was subsequently placed under arrest and transported to the Detroit Detention Center.

8. Officers recovered the firearm: a loaded, Glock 19, 9mm caliber pistol serial: CAST329, equipped with a green Machine Gun Conversion Device (Glock Switch), and a thirty round magazine containing numerous 9mm rounds.

9. On October 12, 2026, ATF Task Force Officer Terry Cross-Nelson and I reviewed jail calls placed by JACKSON on the morning of October 12, 2026, following his arrest on the evening of October 11, 2026. During the course of those calls, JACKSON stated that he had been caught with a “button”. JACKSON also asked during the course of those calls if he was being charged with “the thing that was on the gun”. Based on my training and experience, JACKSON is using the word “button” and “the thing that was on the gun” both to refer to the Machine Gun Conversion Device affixed to the rear of the Glock 19, indicating JACKSON had knowledge of said device and the potential charges that come with it.

10. On October 13, 2026, I contacted ATF Interstate Nexus Expert Special Agent Jimmie Pharr and provided information about the Glock 19 handgun. Special Agent Pharr concluded that the firearm was manufactured outside the State of Michigan and therefore traveled in and affected interstate commerce.

11. I reviewed records related to JACKSON’s criminal history and the records indicate the following:

a. On or about August 13, 2026, JACKSON was indicted, and remains on pre-trial release, in the state of Ohio for

Felony Breaking & Entering, Vandalism, and two counts of Felony Theft.

b. On or about March 10, 2026, JACKSON was convicted in the state of California for felony vehicle theft and was sentenced to 217 days jail and 24 months of probation.

c. On or about December 22, 2025, JACKSON was charged in the 3rd Circuit Court of Michigan for felony weapons offense - carrying a concealed weapon. JACKSON received and is still currently on HYTA probation for that offense.

12. Based on my training and experience, defendants are warned of the maximum penalty when they are convicted or enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. And based on the number of JACKSON's convictions and the time he has spent incarcerated and or on probation as a result of those convictions, there is probable cause to believe that JACKSON is aware of his status as a convicted felon.

## III. CONCLUSION

13. Based on these facts, there is probable cause that Osie JACKSON, a convicted felon currently on probation in two states and pre-trial release in a third state, did knowingly and intentionally possess a Glock 19, 9mm caliber pistol

equipped with a machine gun conversion device, said firearm having affected interstate commerce, is in violation of 18 U.S.C. § 922(o) (unlawful possession of a machinegun) and 18 U.S.C. § 922(g)(1), (felon in possession of a firearm). This crime occurred on or about October 11, 2026, in Detroit, Michigan, in the Eastern District of Michigan

Respectfully submitted,

James Reeves, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

Honorable Elizabeth A. Stafford
United States Magistrate Judge

Dated: October 13, 2026